# EXHIBIT 3

WWW.THEFEDERALSAVINGSBANK.COM/KELLIFOSTER

CHAIRMAN'S CLUB 2022

APPLY NOW

**From:** REDACTED
**Sent:** Wednesday, May 22, 2024 2:24 AM
**To:** Kelli Foster <kfoster@thefederalsavingsbank.com>
**Subject:** REDACTED

[--CAUTION: EXTERNAL EMAIL--]

Hello. This is the information I received from Mr . Cunningham
I believe he was using my loan balance of 457326. 00
The amount you quoted; the loan amt was back at 460,000.00 , would the loan amount go back to the original amount? And not the amt currently owed.

Thanks

Brenda REDACTED

---

**From:** bill@azpmc.com <bill@azpmc.com>
**Sent:** Thursday, May 16, 2024 1:04 PM
**To:** REDACTED
**Cc:** tim gomez <tgomezlender@yahoo.com>
**Subject:** REDACTED

Hello Brenda,

As of today I can now get you 6% VA 30 yr fixed NO POINTS!!!!!! This will save you approx. $390 a month.....NO POINTS.

In the process of closing your VA streamline refinance you will skip June and July payments and get a check back from escrow which combined will put over $8200 in your pocket and save you $30 a month.

AS A REMINDER , NO APPRAISAL, NO INCOME, NO W2s, NO HASSLE.

I look forward in helping you close your VA streamline refinance.

THANK YOU,



**Bill Cunnington**
**Mortgage Loan Originator | NMLS #251892**

**Barrett Financial Group, LLC | Corp NMLS #181106**
275 E Rivulon Blvd, Suite 200, Gilbert, AZ 85297

Office (602) 346-0330
Cell (623) 764-5987

www.azpmc.com

billc@barrettfinancial.com

Team PMC

BARRETT FINANCIALGROUP

APPLY ONLINE Safely Upload Documents Here

**WARNING! WIRE FRAUD ADVISORY:** Wire fraud and email hacking/phishing attacks are on the increase! If you receive an email containing Wire Transfer Instructions, DO NOT RESPOND TO THE EMAIL! Instead, call your Escrow Officer/Closer immediately, using previously known contact information and NOT information provided in the email, to verify the information prior to sending funds.